Form 8
(10/05)

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Tennessee

In re:  **Dinker H. Patel   Jaishree D. Patel**

Debtors

Case No. _____

Chapter  **7**  _____

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1.  2004 Honda Odysey | American Honda Finance Corp. | | | | X |
| 2.  2005 Ford Explorer | Ford Credit | | | | X |
| 3.  8801 Grey Wolf Drive Ooltewah, YN 37363 | GMAC Mortgage | | | | X |
| 4.  8801 Grey Wolf Drive Ooltewah, YN 37363 | Regions AssetLine | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| None | | |

*Dinker H. Patel*          11-15-2007

**Dinker H. Patel**
Signature of Debtor          Date

*Jaishree D. Patel*

**Jaishree D. Patel**
Signature of Joint Debtor (if any)     Date   11-15-2007