# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In Re:<br>Dinker H. Patel<br>Jaishree D. Patel<br>　　Debtor(s) | Case Number: 1:07−bk−15035<br>Chapter: 7 |

## NOTICE OF REQUIREMENT TO FILE A
## STATEMENT OF COMPLETION OF COURSE IN
## PERSONAL FINANCIAL MANAGEMENT
## (Official Form 23)

　　Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Interim Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtors Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. § 111.

　　Debtor(s) and/or debtor(s) attorney is/are hereby notified that Official Form 23 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s) attorney is/are hereby notified that the debtor(s) must file Official Form 23 within 45 days after the first date set for the meeting of creditors under § 341. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

　　　　　　　　　　　　　　　　　　　　　　　　Danny W. Armstrong
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Bankruptcy Court

<u>11/19/07</u>　　　　　　　　　　　　　　　　　　By: __mlh____
DATE　　　　　　　　　　　　　　　　　　　　Deputy Clerk

　　　　*NOTE: Official Interim Form 23 (Debtors Certification of Completion of
　　　　Instructional Course Concerning Personal Financial Management) must be filed in
　　　　all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not
　　　　approved any credit counseling agency or financial management course for the
　　　　applicable district. See Interim Rule 1007(b)(7).