**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

In Re:
Dinker H. Patel   xxx–xx–2497
Jaishree D. Patel   xxx–xx–3671
   Debtor(s)

Case Number: 1:07–bk–15035
Chapter: 7

## ORDER REGARDING CERTAIN UNFILED DOCUMENTS

The debtor(s) filed the petition commencing this bankruptcy case on 11/16/07, but did not file the following documents required by 11 U.S.C. § 521(a)(1), Fed.R. Bankr. Pro. 1007(b)[Interim], and/or 11 U.S.C. § 1321:

- ☐ Statement of Financial Affairs
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities and Related Data
- ☐ Statement of Compliance with the Credit Counseling Requirement
- ☑ Statement of Current Monthly Income and Means Test Calculation (Chapter 7 only)
- ☐ Statement of Current Monthly Income and Disposable Income Calculation (Chapter 13 only)
- ☐ Statement of Current Monthly Income (Chapter 11 only)
- ☐ Chapter 13 Plan (Chapter 13 only)
- ☐ Schedule A
- ☐ Schedule B
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Payment Advices Statement

The court directs the debtor(s) to file the checked documents by 12/4/07. **The failure of the debtor(s) to comply with this order will constitute cause for dismissal of this case, see 11 U.S.C. § § 521(i), 707(a)(3), 1307(c)(3); and the court may, without further notice, enter an order summarily dismissing this case.**

SO ORDERED.
ENTER: 11/19/07



BY THE COURT

  /s/  R. Thomas Stinnett
UNITED STATES BANKRUPTCY JUDGE